# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 24-43135 | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | SANCHEZ CREEK HOLDING CO., INC. | | **Date Filed (f) or Converted (c):** | 08/30/2024 (f) |
| **For the Period Ending:** | 09/30/2024 | | **§341(a) Meeting Date:** | 10/09/2024 |
| | | | **Claims Bar Date:** | 01/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1 PlainsCapital Bank Checking account 5 2 9 5 | $0.00 | Unknown | | $0.00 | Unknown |
| 2 Accounts receivable 11a. 90 days old or less: $0.00 face amount - $0.00 doubtful or uncollectible accounts =.....? $0.00 11b. Over 90 days old: face amount - doubtful or uncollectible accounts =.....? | $0.00 | Unknown | | $0.00 | Unknown |
| 3 2017 Ford / VIN: 1FDUF5GT7HEE48906 unknown Kelly Blue Book | $30,000.00 | $30,000.00 | | $0.00 | $30,000.00 |
| 4 2013 Ford F550 / VIN: 1FDUF5GT3DEA34936 unknown Kelly Blue Book | $20,000.00 | $20,000.00 | | $0.00 | $20,000.00 |
| 5 1988 LOED / Extended Boom Loader with hay Squeeze unknown | $30,000.00 | $30,000.00 | | $0.00 | $30,000.00 |
| 6 2013 MC LowBoy / VIN: 1M9GN202F3W792064 Trailer unknown | $8,000.00 | $8,000.00 | | $0.00 | $8,000.00 |
| 7 2014 Texas Pride Flatbed / VIN: 1B9M2NGT0FB624250 Flatbed Trailer unknown | $8,000.00 | $8,000.00 | | $0.00 | $8,000.00 |
| 8 Proof of claim in Horseman Supply Inc case | $0.00 | $162,500.00 | | $0.00 | $162,500.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | | | |
|---|---|---|---|
| $96,000.00 | $258,500.00 | $0.00 | $258,500.00 |

**Major Activities affecting case closing:**

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 24-43135 | | **Trustee Name:** | Shawn K. Brown |
| **Case Name:** | SANCHEZ CREEK HOLDING CO., INC. | | **Date Filed (f) or Converted (c):** | 08/30/2024 (f) |
| **For the Period Ending:** | 09/30/2024 | | **§341(a) Meeting Date:** | 10/09/2024 |
| | | | **Claims Bar Date:** | 01/17/2025 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

10/17/2024 UPDATE 10.17.24-TRUSTEE HAS EMPLOYED COUNSEL AND AUCTIONEER. AUCTION SCHEDULED.

ASSETS ARE VEHICLES TRAILERS AND EQUIPMENT. POSSIBLE CLAIMS AGAINST HORSEMAN SUPPLY

MAJOR ACTIVITIES:

SECURE PROPERTY-DONE
SECURE DOCUMENTS AND DATA

CLAIMS BAR DATE SET: 10.9.24
CLAIMS REVIEW DATE:
CLAIMS OBJECTIONS FILED DATE:
FINAL ALLOWANCE DATE:

TAX RETURN 505 LETTER SENT DATE:
PROMPT DETERMINATION RECEIVED DATE:

PREFERENCE/FRAUDULENT TRANSFER REVIEW

TFR PREPARED AND SENT TO UST DATE:
TFR APPROVED AND FILED DATE:
FEE APPLICATIONS FILED DATE:
TFR FINAL AND CHECKS MAILED DATE:
ZERO BALANCE DATE:
TDR SENT TO UST DATE:
TDR FILED DATE:

**Initial Projected Date Of Final Report (TFR):** 12/31/2026    **Current Projected Date Of Final Report (TFR):**    /s/ SHAWN K. BROWN

SHAWN K. BROWN