IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SANCHEZ CREEK HOLDING CO., INC. | § | Case No. 24-43135-mxm7 |
| | § | |
| Debtors. | § | Chapter 7 |

## REPORT OF SALE

Shawn K. Brown, Trustee in the above bankruptcy proceeding, files this Report of Sale, and in support respectfully shows the Court the following:

1. On October 23, 2024, the Trustee's duly employed auctioneer, Rosen Systems, Inc., conducted a sale by public online auction of certain property of this estate as reflected on Exhibit "A" attached to this Report. The Court's Order Authorizing Sale of Property was entered on October 17, 2024, (Exhibit "B") [Dkt. No. 26]. The sale by public online auction through rosensystems.com originating from 2323 Langford Street, Dallas, Texas, from October 16, 2024 through October 23, 2024.

2. The sale was conducted after public advertising in the following periodicals of general circulation:

| | |
|---|---|
| Facebook AD | September 27 – October 22, 2024 |
| Dallas Morning News | October 6, 2024 |
| Fort Worth Star Telegram | October 13, 2024 |
| Craiglist | September 27 – October 23, 2024 |
| Rosen Systems Email Blast | 56,810 names, 09/23, 09/30, 10/16 & 10/23/2024 |

3. The items sold and the prices received are as indicated on Exhibit "C" attached to this Report.

4. The Order authorizing the employment of the Trustee's auctioneer authorized of a ten percent (10%) buyer's premium to be collected and retained by Rosen Systems, Inc.

Accordingly, Rosen Systems, Inc., has collected $55,200.00 in sale proceeds and $5,520.00 in buyer's premium, for a total of $60,720.00.

5. Trustee has received the total amount of $55,200.00 representing the gross proceeds of the sale from the auctioneer of $55,200.00 and has deposited the proceeds in his trust account for this estate pending further order of the Court.

6. The expenses connected with this sale are itemized on Exhibit "D" attached to this Report, and will be subject of a formal request for reimbursement in the immediate future.

**WHEREFORE**, Shawn K. Brown, Trustee, requests the Court to approve this Report of Sale, and for such other and further relief to which the estate may be justly entitled.

**DATED: <u>November 11, 2024</u>**

**ROSEN SYSTEMS, INC.**

By: 

Sworn to and Subscribed Before me on this 11th day of November, 2024.

Pam A Ladd
My Commission Expires
04/05/2025
ID No 10836777
NOTARY PUBLIC STATE OF TEXAS

Respectfully submitted,

QUILLING, SELANDER, LOWNDS
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By:___*/s/ Kenneth A. Hill*_____
        Kenneth A. Hill
        State Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including the Office of the U.S. Trustee.

 */s/ Kenneth A. Hill*_____
Kenneth A. Hill

# EXHIBIT "A"

## Order Authorizing Employment of Auctioneer/Liquidator



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 17, 2024**

*Mark X. Mullin*

**United States Bankruptcy Judge**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SANCHEZ CREEK HOLDING CO., INC., | § | 24-43135-mxm7 |
| | § | |
| DEBTOR. | § | |

### ORDER APPROVING EMPLOYMENT
### OF ROSEN SYSTEMS, INC. AS AUCTIONEER

On this date, the Court considered the *Application to Employ Rosen Systems, Inc. as Auctioneer* (Dkt. No. 16, the "Application") filed by Shawn K. Brown (the "Trustee"), in his capacity as the chapter 7 trustee for Sanchez Creek Holding Co., Inc. (the "Debtor"). The Court, having considered the Application and noting that proper notice of the Application was given to proper parties, finds as follows:

1. On August 30, 2024, the Debtor filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. The Trustee was appointed the chapter 7 trustee, and he continues to serve in that capacity.

2.      The Trustee filed the Application seeking this Court's approval to employ Rosen Systems, Inc. ("RSI") as his auctioneer in this case.

3.      RSI meets the criteria for employment for the Trustee and has complied with the requirements of section 327 of the Bankruptcy Code and Bankruptcy Rule 2014.  The Court finds and concludes that RSI is disinterested and represents no interest adverse to the estate in the matters upon which RSI is to be employed by the Trustee.

4.      The Trustee's proposed employment of RSI, on the terms and conditions set forth in the Application, is appropriate and in the best interest of the Debtor's bankruptcy estate.

5.      Pursuant to section 102(1) of the Bankruptcy Code, the notice and opportunity for a hearing provided in connection with the Application and this Order were appropriate under the circumstances of this case.

IT IS THEREFORE ORDERED that the Application is granted.

IT IS FURTHER ORDERED that the Trustee's proposed employment of RSI as the Trustee's auctioneer on the terms and conditions set forth in the Application is hereby approved, provided that RSI's final compensation and reimbursement of expenses are subject to approval of this Court after appropriate application in accordance with 11 U.S.C. § 330, Fed. R. Bankr. P. 2016, L.B.R. 2016, and the Guidelines for Compensation and Expense Reimbursement of Professionals applicable in the United States Bankruptcy Court for the Northern District of Texas.

###End of Order###

Submitted by:
Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

# EXHIBIT "B"

## Notice of Auction

Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SANCHEZ CREEK HOLDING CO., INC., | § | 24-43135-mxm7 |
| | § | |
| DEBTOR. | § | |

**MOTION TO APPROVE SALE OF PERSONALTY BY AUCTION**
**FREE AND CLEAR OF INTERESTS, COMBINED WITH BRIEF IN SUPPORT**

**NO HEARING WILL BE CONDUCTED HEREON UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT ELDON B. MAHON U.S. COURTHOUSE, 501 W. TENTH STREET, FORT WORTH, TX 76102-3643 BEFORE THE CLOSE OF BUSINESS ON OCTOBER 11, 2024 WHICH IS AT LEAST 21 DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING WILL BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY.**

**IF NO HEARING ON SUCH NOTICE OR MOTION IS TIMELY REQUESTED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT OR THE NOTICED ACTION MAY BE TAKEN.**

TO THE HONORABLE MARK X. MULLIN, UNITED STATES BANKRUPTCY JUDGE:

Shawn K. Brown (the "Trustee"), in his capacity as the chapter 7 trustee for Sanchez Creek

Holding Co., Inc. (the "Debtor"), files this *Motion to Approve Sale of Personalty by Auction Free*

*and Clear of Interests, Combined with Brief in Support* (the "Motion"), and in support hereof

would respectfully show as follows:

**MOTION TO APPROVE SALE**

**PAGE 1**

## I.  BACKGROUND

1.      On August 30, 2024, the Debtor filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. The Trustee was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

2.      The Debtor's assets include vehicles, trailers, and equipment (collectively, the "Personalty").  The Trustee believes he can maximize the net recovery to the bankruptcy estate by selling the Personalty by auction as requested herein

## II.  RELIEF REQUESTED

3.      The Trustee requests authority to sell the Personalty (either individual items or grouped in one or more lots) to the highest bidder by auction, "as is" and without any representations or warranties of any kind.  The Trustee also requests authority to sell the Personalty free and clear of interests.  After the auction, the Trustee will file a Report of Sale with a full accounting of all funds received from the sale of the Personalty.

4.      The Trustee requests that the Court order that the 14-day stay under Fed. R. Bankr. P. Rule 6004(h) not apply so that the Personalty can be auctioned immediately upon entry of this Court's order to minimize storage expenses.

5.      Concurrently with filing this Motion, the Trustee is filing an application requesting this Court's approval of the Trustee's employment of Rosen Systems, Inc. ("RSI") as his auctioneer in this case.  The Trustee proposes to pay Rosen Systems, Inc. a ten percent (10%) buyer's premium to be collected from the purchaser plus its actual expenses from the proceeds of the sale.  Rosen Systems, Inc.'s compensation will be subject to approval of this Court after filing an appropriate application.

### III.  ARGUMENT AND AUTHORITIES

**A.      This Court Should Approve the Sale of the Personalty by Auction.**

6.      Bankruptcy Code section 363(b) provides in pertinent part that a trustee "after notice and hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."  11 U.S.C. § 363(b).  A trustee must demonstrate a sound business justification for a sale or use of assets outside the ordinary course of business.  *See, e.g., In re Continental Air Lines, Inc.*, 780 F.2d 1223, 1226 (5th Cir. 1986).

7.      Courts look to various factors to determine whether to approve a motion under section 363(b), such as: (i) whether a sound business reason exists for the proposed transaction; (ii) whether fair and reasonable consideration is provided; (iii) whether the transaction has been proposed and negotiated in good faith; and (iv) whether adequate and reasonable notice is provided.  *In re Condere*, 228 B.R. 615, 626 (S.D. Miss. 1998).

8.      The sale of the Personalty satisfies section 363(b) in that a sound business justification exists to sell those items.  Through the auction process, the Trustee will be able to maximize the value of estate property for the benefit of creditors.

**B.      This Court Should Approve the Sale of the Personalty Free and Clear of Interests.**

9.      When a sound business justification exists for a sale transaction, the Court may, pursuant to Bankruptcy Code section 363(f), authorize the sale of the assets that are the subject of the transaction free and clear of interests if one of the following applies:  (1) applicable non-bankruptcy law permits the sale of such property free and clear of such interests; (2) any entity a holding lien, claim, encumbrance or interest consents to the proposed sale; (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property; (4) such interest is in bona fide dispute; or (5) such entity will be compelled

in a legal or equitable proceeding to accept a money satisfaction of such interest, 11 U.S.C. §

363(f).

10.     The Debtor's bankruptcy schedules do not disclose any encumbrances against any

of the Personalty, so sale free and clear of interests is authorized by sections 363(f)(1), (3), and

(5).

## IV.  CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Trustee requests that this Court enter an

order:

(a)     authorizing the Trustee to sell the Personalty (either individual items or

grouped in one or more lots) to the highest bidder by auction, "as is" and without any

representations or warranties of any kind, free and clear of all interests pursuant to 11

U.S.C. § 363(b) and (f);

(b)     ordering that the 14-day stay under Fed. R. Bankr. P. Rule 6004(h) not

apply; and

(c)     granting the Trustee such other and further relief, at law or in equity, to

which she may be justly entitled.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
  WINSLETT & MOSER, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: _/s/ Kenneth A. Hill_____
      Kenneth A. Hill
      State Bar No. 09646950
ATTORNEYS FOR THE TRUSTEE

**MOTION TO APPROVE SALE**                                              **PAGE 4**
7532859.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document was served concurrently with the filing of the same (a) via the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case and (b) via first class mail, postage prepaid, on all persons and entities set forth on the attached service list.[1]

*/s/ Kenneth A. Hill*
Kenneth A. Hill

---

[1] The service list is omitted from service copies to avoid unnecessary copying and postage charges, but a copy can be obtained free of charge by making a written request to Diana Cruz at Quilling, Selander, Lownds, Winslett & Moser, P.C., 2001 Bryan Street, Suite 1800, Dallas, Texas 75201, fax (214) 871-2111, e-mail dcruz@qslwm.com.

**MOTION TO APPROVE SALE**                                                    **PAGE 5**
7532859.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| SANCHEZ CREEK HOLDING CO., INC., | § | 24-43135-mxm7 |
| | § | |
| DEBTOR. | § | |

### ORDER AUTHORIZING SALE OF PERSONALTY
### BY AUCTION FREE AND CLEAR OF INTERESTS

On this date, the Court considered the *Motion to Approve Sale of Personalty by Auction Free and Clear of Interests Combined with Brief in Support* (Dkt. No. ___, the "Motion") in the above-referenced bankruptcy case. The Court, having considered the Motion and noting that proper notice of the Motion was given to the proper parties, finds as follows:

1.    On August 30, 2024, Sanchez Creek Holding Co., Inc. (the "Debtor") filed a voluntary petition in this Court for relief under chapter 7 of the United States Bankruptcy Code. Shawn K. Brown (the "Trustee") was appointed as the chapter 7 trustee, and he continues to serve in that capacity.

2.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter involves is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      This Order constitutes a final and appealable order within the meaning of 28 U.S.C. §158(a). This Order shall be effective and enforceable immediately upon entry, its provisions shall be self-executing, and the automatic stay of orders under Fed. R. Bankr. P. 6004(h) shall not apply to this Order.

5.      The Motion was properly filed and served in accordance with all applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court

6.      In the Motion, the Trustee requested authorization to sell vehicles, trailers, and equipment (collectively, the "Personalty") to the highest bidder by auction, "as is" and without representations or warranties of any kind, free and clear of interests.

7.      The sale of the Personalty on the terms and conditions proposed in the Motion constitutes a sound exercise of the Trustee's business judgment and is in the best interest of the Debtor's bankruptcy estate.  Sale free and clear of interests is authorized by sections 363(b), (f)(1), (f)(3), (f)(4), and (f)(5).

IT IS THEREFORE ORDERED as follows:

(a)      the Trustee is authorized to sell the Personalty (either individual items or grouped in one or more lots) by auction, "as is" and without any representations or warranties of any kind, free and clear of all interests pursuant to 11 U.S.C. § 363(b) and (f);

(b)      all liens and security interests on the Personalty will attach to the proceeds of sale to the same extent, validity, and priority as to the Personalty;

(c)    the 14-day stay under Fed. R. Bankr. P. Rule 6004(h) shall not apply to this

Order; and

(d)    after the auction, the Trustee shall file a Report of Sale with a full

accounting of all funds received from the sale of the Personalty.

# # # End of Order # # #

Submitted by:

Kenneth A. Hill
Quilling, Selander, Lownds,
  Winslett & Moser, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
ATTORNEYS FOR THE TRUSTEE

```
Label Matrix for local noticing          Sanchez Creek Holding Co., Inc.        Vernon Capital Group, LLC
0539-4                                    2020 Fort Worth Hwy                    c/o Padfield & Stout, LLP
Case 24-43135-mxm7                        Weatherford, TX 76086-4706             100 Throckmorton Street, Suite 700
Northern District of Texas                                                       Fort Worth, TX 76102-2837
Ft. Worth
Fri Sep 20 13:43:28 CDT 2024

501 W. Tenth Street                       Beverly Ann Jackson                    Horseman Supply Inc.
Fort Worth, TX 76102-3637                 515 E Kornegay St                      2020 Fort Worth Hwy
                                          Dover, NC 28526-8819                   Weatherford, TX 76086-4706


Internal Revenue Service                  Libertas Funding, LLC                  Lively & Associates, PLLC
Special Procedures-Insolvency             411 West Putnam Ave                    Daniel R. Aguilar
P.O. Box 7346                             Taftville, CT 06380                    301 Commerce Street 1401
Philadelphia, PA 19101-7346                                                      Fort Worth, TX 76102-4114


Mercury Insurance                         Steven Zakharyayaev, Esq.              Ted & Valerie Sudderth
555 W. Imperial Hwy                       10 W. 37ty Street, RM 602              1861 Ranger Highway
Brea, CA 92821-4839                       New York, NY 10018-7473                Weatherford, TX 76088-9192


Texas Attorney General's Office           (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS Texas Workforce Commission
Bankruptcy-Collections Division           REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION TEC Building- Bankruptcy
P.O. Box 12548                            PO BOX 13528                           101 E. 15th Street
Austin, TX 78711-2548                     AUSTIN TX 78711-3528                   Austin, TX 78778-0001


United States Trustee                     United States Trustee                 Vernon Capital Group, LLC
1100 Commerce Street                      Office of the United States Trustee    c/o Mark W. Stout
Room 976                                  1100 Commerce St Ste 976               Padfield & Stout, L.L.P.
Dallas, TX 75242-0996                     Dallas, TX 75242-0996                  100 Throckmorton Street 700
                                                                                 Fort Worth, TX 76102-2837


Joseph F Postnikoff                       Shawn K. Brown
Rochelle McCullough, LLP                  Chapter 7 Trustee
300 Throckmorton                          PO Box 93749
Ste 520                                   Southlake, TX 76092-0117
Fort Worth, TX 76102-2929
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Texas Comptroller Of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptcy S
P.O. Box 13528
Austin, TX 78711
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Ted and Valerie Sudderth
1861 Ranger Highway
Weatherford, TX 76088-9192

End of Label Matrix
Mailable recipients    19
Bypassed recipients     1
Total                  20

# EXHIBIT "C"

## Description of Items sold and Sale Price





ROSEN
S Y S T E M S

**Consignor Info**
Sanchez Creek Holding BK
24-43135 Shawn Brown
, Texas
United States

**From**
Rosen Systems
2323 Langford St
Dallas, Texas 75208

**Diamondback Drilling LLC**
**BK #24-60368-JS-7V and**
**Sanchez Creek Holdings**
**CO INC BK #24-43135**
**Statement #:** 840-8813-1
**Consignor:** 8813
**Date:** 10/23/2024

| | Lot # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
| | 4 | 2013 FORD F550 VIN 1FDUF5GT3DEA34936, MILES READ 131,118 , FLATBED, AUTOMATIC TRANSMISSION, AC NOT WORKING, DIESEL ENGINE POWERSTROKE, WITH KEY, STARTS AND RUNS AS OF 9/30/2024 ** Titles will be mailed within 30 business days (excludes weekends and holidays) from receipt of the paperwork from the auction site via FedEx – Express Saver (An adult signature will be required at the time of delivery) rate to the address shown on the invoice, unless otherwise specified on the invoice at the time ofpayment. Bidder is responsible for registration and all applicable taxes due to the Department of Motor Vehicles. A Texas Motor Vehicle Transfer Notification Form VTR-346 is sent to TxDOT on all vehicles/trailers sold within 10 days of sale. Buyer is responsible for all NTTA toll charges incurred after auction date. A $30.00 title preparation fee will be added to this lot. | **Morteza Gamini** roadwaysolutions@aol.com <br><br> (214) 535-5015 1425 Crescent Drive Carrollton, Texas 75006 | $15,400.00 | $0.00 | $15,400.00 |
| **Totals** | | | | **$55,200.00** | **$0.00** | **$55,200.00** |

| | Lot # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
|  | 5 | 2017 FORD F550 VIN 1FDUF5GT7HEE48906, MILES READ 92,731, FLATBED, AUTOMATIC TRANSMISSION, DIESEL ENGINE, POWER STROKE, WTIH KEY, STARTS AND RUNS AS OF 10/2/2024 *(2) NEW BATTERIES INSTALLED 10/2/2024 ** Titles will be mailed within 30 business days (excludes weekends and holidays) from receipt of the paperwork from the auction site via FedEx – Express Saver (An adult signature will be required at the time of delivery) rate to the address shown on the invoice, unless otherwise specified on the invoice at the time of payment. Bidder is responsible for registration and all applicable taxes due to the Department of Motor Vehicles. A Texas Motor Vehicle Transfer Notification Form VTR-346 is sent to TxDOT on all vehicles/trailers sold within 10 days of sale. Buyer is responsible for all NTTA toll charges incurred after auction date. A $30.00 title preparation fee will be added to this lot. | **Morteza Gamini** roadwaysolutions@aol.com (214) 535-5015 1425 Crescent Drive Carrollton, Texas 75006 | $27,900.00 | $0.00 | $27,900.00 |
| **Totals** | | | | **$55,200.00** | **$0.00** | **$55,200.00** |

| | Lot # | Title | Buyer | Bid | Commission | Total |
|---|---|---|---|---|---|---|
|  | 6 | 2014 FLATBED TRAILER VIN 1B9M2NGT0FB624250, TEXAS PRIDE GOOSENECK, TANDEM AXLE WITH WOOD DECK, APPROX. 24' ** Titles will be mailed within 30 business days (excludes weekends and holidays) from receipt of the paperwork from the auction site via FedEx – Express Saver (An adult signature will be required at the time of delivery) rate to the address shown on the invoice, unless otherwise specified on the invoice at the time of payment. Bidder is responsible for registration and all applicable taxes due to the Department of Motor Vehicles. A Texas Motor Vehicle Transfer Notification Form VTR-346 is sent to TxDOT on all vehicles/trailers sold within 10 days of sale. Buyer is responsible for all NTTA toll charges incurred after auction date. A $30.00 title preparation fee will be added to this lot. | **David Tinoco** david.tinoco23@icloud.com (469) 685-6403 10715 eastham dr Dallas, Texas 75217 | $4,400.00 | $0.00 | $4,400.00 |
|  | 7 | **Removed from Auction due to title issues and may be sold in a later auction - We apologize for any inconvenience** GOOSENECK FLATBED TRAILER, NO VIN INFO, ELITE, TANDEM AXLE, WOOD DECK, APPROX. 28' **sold with Bill of Sale Only** | | $0.00 Top Bid: | $0.00 | $0.00 no-bid |
|  | 8 | TELEHANDLER, LOED MDL 542 S/N 10056 HOURS READ 5665 WITH KEY, STARTS AND OPERATES AS OF 9/30/2024 *with Bill of Sale only* | **wayne powell** wayne@cortexsteel.com Cor-Text (903) 654-7656 5651 S Interstate Highway 45 E Corsicana, Texas 75109-3675 | $7,500.00 | $0.00 | $7,500.00 |
| **Totals** | | | | **$55,200.00** | **$0.00** | **$55,200.00** |

| | | |
|---|---|---|
| Subtotal: | | $55,200.00 |
| Expenses: | | $0.00 |
| **Statement Total:** | | **$55,200.00** |
| Payments: | | $0.00 |
| Balance: | | $55,200.00 |

# EXHIBIT "D"

## Auctioneer's Fee and Expenses

**SANCHEZ CREEK HOLDING CO**
**Bankruptcy Case #24-43135**

The following is a Recapitulation of the expenses incurred:

ADVERTISING EXPENSES:

| | | | |
|---|---|---|---|
| Auction Advertising | $ 562.83 | | |
| Email Blast: 56,810 emails sent 9/23, 9/30, 10/16, 10/23/2024 | 1,000.00 | | |
| Catalog / Website input | 135.00 | | |
| **TOTAL ADVERTISING EXPENSES:** | | $ 1,697.83 | |

ALLOTING & DELIVERY:

| | | | |
|---|---|---|---|
| Ismael Flores: 3 days @ $300.00 - Setup/Inspection/Check out | $ 900.00 | | |
| **TOTAL ALLOTING & DELIVERY:** | | $ 900.00 | |

CATALOGING & INVOICING/ACCOUNTING:

| | | | |
|---|---|---|---|
| Pam Ladd: 1 day @ $300.00 per day | $ 300.00 | | |
| **TOTAL INVOICING & ACCOUNTING:** | | $ 300.00 | |

| | | |
|---|---|---|
| **SUB-TOTAL EXPENSES:** | $ 2,897.83 | |
| **EXPENSES TO PRO-RATE @ 64.8268%** | | $ 1,878.57 |

ADDITIONAL EXPENSES:

| | | | |
|---|---|---|---|
| Insurance Coverage | $ 165.60 | | |
| Cowboy Towing | 2,020.00 | | |
| 2323 Langford LLC: Storage 1 month @ $150.00/month X 4 | 600.00 | | |
| S&S Smart Logistic Co | 750.00 | | |
| Pam Ladd: Expenses to retrieve keys and titles | 40.20 | | |
| **TOTAL INVOICING & ACCOUNTING:** | | $ 3,575.80 | |

| | |
|---|---|
| **TOTAL EXPENSES:** | $ 5,454.37 |



2323 Langford * Dallas, Texas 75208 * 972-248-2266 * Fax 972-248-6887

# AUCTION ADVERTISING EXPENSE REPORT

DATE: October 23, 2024

FROM: Kyrah Lewis

TO: Pam Ladd
Rosen Systems, Inc.

RE: **Diamond Back Drilling & Sanchez Holding**

### Publication Advertising

| PUBLICATION | DATE | SIZE | SECTION | RATE |
|---|---|---|---|---|
| Facebook | 9/27 - 10/22 | social media | facebook | $149.91 |
| DMN | 10/6/24 | 2C x 6" | auction | $254.92 |
| FWST | 10/13/24 | 2C x 2" | Auction | $28.00 |
| Craigslist | 9/27 - 10/23 | 7 listings | trucks, motorcycle, trailers | $30.00 |
| | | | **Sub Total** | **$462.83** |

Production Charges 15% or minimum $100.00    **$100.00**
Camera ready Postcard/Brochure $150.00    **$0.00**

**TOTAL**    **$562.83**



**Diamondback Drilling & Sanchez Holdings**

**Auction Date: October 23, 2024**

**EMAIL BLAST**

| Date | Email's sent | | |
|------|------|---|---|
| 9/23/2024 - Upcoming Auction Notice | 14,200 | $ | 250.00 |
| 9/30/2024 - Catalog Now Available | 14,179 | $ | 250.00 |
| 10/16/2024 - Bid Open Notice | 14,196 | $ | 250.00 |
| 10/23/2024 - Bid Closing Notice | 14,235 | $ | 250.00 |
| **Total Emails sent:** | **56,810** | | |

TOTAL: $ 1,000.00

Summary: Weekly Newsletter 9/23



| | |
|---|---|
| Subject | Weekly Newsletter - Rosen Systems Online Auc... |
| Preview Text | See New Auctions, Catalogs, Open & Closing A... |
| Sender | Info@rosensystems.com |
| Reply to | *Same as Sender* |
| Sending to | 👤 ~14200 Contact(s) |

Preview

## 🕘 Schedule Message



Scheduling for a minute from now



| | |
|---|---|
| Subject | Weekly Newsletter - Rosen Systems Online Auc... |
| Preview Text | See New Auctions, Catalogs, Open & Closing A... |
| Sender | Info@rosensystems.com |
| Reply to | *Same as Sender* |
| Sending to | 👤 ~14179 Contact(s) |

Preview

## ⏱ Schedule Message



Scheduling for 3 days from now

EDT timezone: Mon, Sep 30, 2024 9:45 AM EDT
Your timezone: Mon, Sep 30, 2024 8:45 AM CDT

## Summary: Diamondback open



| | |
|---|---|
| Subject | Start Bidding Now! - Diamondback Drilling & Sanchez... |
| Preview Text | Trucks • Trailers • Harley Davidson • & More! - 10/9/24 |
| Sender | Info@rosensystems.com |
| Reply to | *Same as Sender* |
| Sending to | 👤 ~14196 Contact(s) |

Preview

## 🕐 Schedule Message



Scheduling for 5 days from now

EDT timezone: Wed, Oct 16, 2024 10:15 AM EDT
Your timezone: Wed, Oct 16, 2024 9:15 AM CDT



| | |
|---|---|
| Subject | Last Chance to Bid! - Diamondback Drilling & Sanche... |
| Preview Text | Trucks • Trailers • Harley Davidson • & More! - 10/23/... |
| Sender | Info@rosensystems.com |
| Reply to | *Same as Sender* |
| Sending to | 👤 ~14235 Contact(s) |

Preview

## ⊘ Schedule Message



Scheduling for 2 days from now

EDT timezone: Wed, Oct 23, 2024 10:15 AM EDT
Your timezone: Wed, Oct 23, 2024 9:15 AM CDT



## DIAMONDBACK DRILLING / SANCHEZ CREEK HOLDING
## R & G MORE / MTN EX OIL

### 10/23/2024

### CATALOG / WEBSITE INPUT

| | | | | | | |
|---|---|---|---|---|---|---|
| TAPE INPUT TIME* | 1/2 hour | @ | $ | 30.00 | /HOUR | 15.00 |
| Rosen Internet Website Fee | | | | | | 100.00 |
| WEB/PHOTO PREPARATION: | 1/2 hour | @ | $ | 40.00 | /HOUR | 20.00 |
| Catalogs Produced for Inspection | 0 | @ | $0.00 | | /EACH | - |

0 page (s) per catalog x $.25/per page

**TOTAL: $      135.00**

*Minimum Charge: 1 hour

# CONTRACT LABOR INVOICE

**JOB:** DIAMONDBACK DRILLING        **CITY / STATE:** DALLAS, TX

**NAME:** ISMAEL FLORES        **CELL #** 469-990-3485
**ADDRESS:** ON FILE        **SS#:** ON FILE
        **DOB:** ON FILE
**CITY/STATE/ZIP:** Dallas, TX        **EMAIL:** ISMAEL@ROSENSYSTEMS.COM

| DATE | DESCRIPTION (setup/inspection/ck out) | START | END | TOTAL | RATE | TOTAL |
|---|---|---|---|---|---|---|
| 9-11 to 10-15 | Setup Setup | | 1 day | | | 300.00 |
| 10/20 | Inspection | | 1 day | | | 300.00 |
| 10/24 10/25 | Check Out Check out | | 1 day | | | 300.00 |
| | | | HRS. | | TOTAL | 900.00 |

| DATE | REIMBURSEMENT DESCRIPTION (mileage @ .67 per mile) (hotel/gas, etc.) | AMOUNT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | TOTAL: | - |

**TOTAL DUE:** -

| DATE | ROSEN SYSTEMS CREDIT CARD EXPENSES: | AMOUNT |
|---|---|---|
| | AIRFARE | |
| | GASOLINE | |
| | HOTEL | |
| | MEALS | |
| | MILEAGE _____ MILES @ .67/per mile | |
| | Total | |
| | Total exp: | |

**DATE:** see above    **SIGNATURE:** /s/Ismael Flores    *CASH PAID ON SITE or CHECK DUE*

**PLEASE MAIL ( )  HOLD FOR ME TO PICK UP ( )  RELEASE TO _____ ( ) PHOTO ID REQUIRED FOR RELEASE**


COPY

## ROSEN SYSTEMS, INC. - EXPENSE VOUCHER

| 8.8.24 - 11.5.24 | DIAMONDBACK DRILLING AUCTION | Dallas-Houston, TX & GA |
|---|---|---|

### CASH EXPENSES TO BE REIMBURSED

| | | |
|---|---|---|
| AIRFARE-luggage | | $ |
| HOTEL | | $ |
| MEALS | $35.00 per day | $ |
| CAR RENTAL- | | $ |
| PARKING | | $ |
| TOLLS | | $ |
| TELEPHONE | | $ |
| SUPPLIES | | $ |
| MILEAGE | MILES @ 0.67 PER MILE | $ - |
| | FUEL | |
| | PARKING | |
| | | |
| | | |
| CONTRACT LABOR | | $ |
| GASOLINE | | $ |

| | | |
|---|---|---|
| TOTAL CASH EXPENSES | | $ - |
| LESS ADVANCE CHECK/C. CK # | | $ |
| BALANCE DUE: | | $ - |

| ROSEN SYSTEMS CREDIT CARD EXPENSES | | Date & Hours Wrk |
|---|---|---|
| AIRFARE | $ | 8.8.24 - 11.5.24 |
| CAR RENTAL | $ | coordinate bidder payments |
| GASOLINE | $ | and various accouting |
| HOTEL | $ | functions |
| MEALS | $ | |
| MILEAGE  0  MILES @  0.67  PER MILE | $ - | $300.00/ per auction |

BY:   PAM LADD                                         1 day



## SANCHEZ CREEK HOLDING CO
## Bankruptcy Case #24-43135

## 10/23/2024

## INSURANCE COVERAGE

Bibby Brilling & Associates     $ 55,200.00   @   $.37 per $100     $     165.60
Insurance

TOTAL: $     165.60

Sanchey Creek      247695

# COWBOY TOWING

2204 Raper Blvd.   Arlington, Tarrant County, Texas 76013   Fax: (817) 548-1542   www.cowboytowing.com   24 Hour Service
## TDLR No. 005279104C      (817) 461-4005      VSF No. 0531997VSF

Bill To: Rojas

Date: 9-24-24

Customer: 

Requested by: 

Address:                City/State:             Zip:      Phone:

| Year/Make: 13 Ford | Model: F-550 Flat Bed | Color: White | License No.: DGR-0872 TX |
|---|---|---|---|

VIN: 1.F.D.U.F.5.G.T.3.D.E.3.4.9.3.0.    Mileage 131118    ☐ CHARGE ACCT.  ☐ CREDIT CARD ☐ CASH

RO No.         PO No.          Unit No.          Space No.

Method Towed:  ☐ Flatbed  ☑ Wheel Lift  ☐ Front  ☑ Rear    Keys: ☑ Y  ☐ N   Received by:

Pick Up Location: 2020 Fort worth Ave      City: Weatherford    County:

Delivery Location: 2323 Longford      City: Dallas

Remarks/Special Equipment:

---

Tow Operator: 1203      TDLR License# 74164

Truck# 25      Truck Lic# T61-58 F TX

Indicate Major Damaged Areas on Vehicle:

### Reason for Non-Consent Tow Law Enforcement:
☐ Accident   ☐ Arrest
☐ No Insurance
☐ Owner Request

Agency:

Impound Sheet #

Officer

| Radio | e ⌒ Fuel f | HOLD: Release Date: ___ / ___ / ___ |
|---|---|---|
| Y ☐ N ☐ | | Y ☐ N ☐ Per: |

Light Duty ☐      Medium Duty ☐      Heavy Duty ☐

| Extra Person/ Supervisor | Work/Wait Time Unload | Mileage Finished 125546 | Time Dispatched AM/PM 9:12 |
|---|---|---|---|
| Finish | Finish | Mileage Arrived 125490 | Time Arrived AM/PM 10:23 |
| Start | Start | Mileage Dispatched 125450 | Time Loaded AM/PM 11:13 |
| Total | Total | Total Miles 56 | Time Completed AM/PM |

Private Payment:
I, the Undersigned, certify that I am legally authorized to take possession of the vehicle described above and have been advised of my Rights and the Precinct and Justice of the Peace from which the vehicle was towed. Your vehicle may be repossessed if for any reason funds for payment are returned, cancelled or rejected by paying institution.

Signature:

### Storage Fees

Released _____ : _____ A/P By _____

STORAGE FEE From: ___ / ___ / ___ To ___ / ___ / ___

Days in Storage at $ _____ . _____ per day.

Impound ☐ Reg ☐ Inv ☐ Cover Brkn Glass ☐ Verify VIN#

Date ___ / ___ / ___

Notification

Municipal Fee

Tax

| Storage & Fees Total | |
|---|---|

### Towing Fees

| Towing Fee / Service Call | 180 00 |
|---|---|
| Pay Out | |
| Flatbed / Dollies | |
| Mileage Fee 56 Mi @ 5 per mile | 280 00 |
| ☐ Work Time Hrs @  ☐ Wait Time per hour | |
| Supplies | |
| Remove drive line | |
| Fuel Adjustment | 60 00 |
| Total Towing Fees | 520 |
| Grand Total | |

COPY

247696

# COWBOY TOWING

2204 Raper Blvd.    Arlington, Tarrant County, Texas 76013    Fax: (817) 548-1542    www.cowboytowing.com    24 Hour Service

### TDLR No. 005279104C      (817) 461-4005      VSF No. 0531997VSF

| Bill To: Ross | Date: 9-24-24 |
|---|---|
| Customer: | Requested by: |
| Address: | City/State: | Zip: | Phone: |

| Year/Make: 12 Ford | Model: F550 | Color: White | License No.: KTS 5236 |
|---|---|---|---|
| VIN: 1.F.D.U.F.5.G.T.7.H.E.E.4.8.9.0.6 | | Mileage | ☐ CHARGE ACCT. ☐ CREDIT CARD ☐ CASH |
| RO No. | PO No. | Unit No. | Space No. |

Method Towed:   Flatbed   ☐ Wheel Lift   ☐ Front   ☐ Rear    Keys: ☐ Y   ☐ N   Received by:

| Pick Up Location: 2020 Ft Worth Hwy | City: Weatherford | County: |
|---|---|---|
| Delivery Location: Rosen S&S | City: Dallas | |

Remarks/Special Equipment: _____

---

| Tow Operator: 1203 | TDLR License# |
|---|---|
| Truck# 25 | Truck Lic# |

**Indicate Major Damaged Areas on Vehicle:**

**Reason for Non-Consent Tow Law Enforcement:**

☐ Accident    ☐ Arrest
☐ No Insurance
☐ Owner Request

Agency:
Impound Sheet #
Officer

| Radio | e ⌒ Fuel f | HOLD: Release Date: ___ / ___ / |
|---|---|---|
| Y ☐  N ☐ | | Y ☐  N ☐  Per: |

Light Duty ☐        Medium Duty ☐        Heavy Duty ☐

| Extra Person/ Supervisor | Work/Wait Time Unload | Mileage Finished | Time Dispatched AM/PM |
|---|---|---|---|
| Finish | Finish | Mileage Arrived | Time Arrived AM/PM |
| Start | Start | Mileage Dispatched | Time Loaded AM/PM |
| Total | Total | Total Miles | Time Completed AM/PM |

**Private Payment:**
I, the Undersigned, certify that I am legally authorized to take possession of the vehicle described above and have been advised of my Rights and the Precinct and Justice of the Peace from which the vehicle was towed. Your vehicle may be repossessed if for any reason funds for payment are returned, cancelled or rejected by paying institution.

Signature: _____

### Storage Fees

| | |
|---|---|
| Released _____ : _____ A/P By | |
| STORAGE FEE From: __ / __ / __  To __ / __ / __ | |
| Days in Storage at $ _____ . per day. | |
| Impound ☐ Reg ☐ Inv  Cover Brkn Glass ☐  Verify VIN# ☐ | |
| Date ___ / ___ / ___ | |
| Notification | |
| Municipal Fee | |
| Tax | |
| **Storage & Fees Total** | |

### Towing Fees

| | | |
|---|---|---|
| Towing Fee / Service Call | 180 | 00 |
| Pay Out | | |
| Flatbed / Dollies | | |
| Mileage Fee    56 Mi @ 5.00 per mile | 280 | 00 |
| ☐ Work Time Hrs @   ☐ Wait Time per hour | | |
| Supplies | | |
| Remove drive line | | |
| Fuel Adjustment | 60 | 00 |
| **Total Towing Fees** | 520 | 00 |
| **Grand Total** | | |

Questions or unresolved complaints about stored vehicles may be directed to: The Texas Department of Licensing & Regulation, POB 12157, Austin, Texas 78711 or 800-803-9202 or 512-463-6599 • Fax 512-539-5698, Internet: www.tdlr.texas.gov Email address: enforcement@tdlr.texas.gov



Sanchez    247697

# COWBOY TOWING

2204 Raper Blvd.    Arlington, Tarrant County, Texas 76013    Fax: (817) 548-1542    www.cowboytowing.com    24 Hour Service

### TDLR No. 005279104C    (817) 461-4005    VSF No. 0531997VSF

Bill To: Rosen Systems    Date: 9.24.24

Customer:    Requested by:

Address:    City/State:    Zip:    Phone:

| Year/Make: 16 Texas Pride | Model: Trailer Gooseneck | Color: Black | | License No.: |
|---|---|---|---|---|

VIN: 1.B.9.M.2.X.6.T.0.F.B.6.2.4.2.5.0    Mileage    ☐ CHARGE ACCT.  ☐ CREDIT CARD  ☐ CASH

RO No.    PO No.    Unit No.    Space No.

Method Towed:    Flatbed  ☐ Wheel Lift  ☑ Front  ☐ Rear    Keys: ☐ Y    ☐ N  Received by:

Pick Up Location: 2020 Ft Worth Nwy    City: Weatherford    County:

Delivery Location: Rosen Sys.    City: Dallas

Remarks/Special Equipment:

---

Tow Operator: 120    TDLR License#

Truck# 21    Truck Lic#

**Indicate Major Damaged Areas on Vehicle:**

**Reason for Non-Consent Tow Law Enforcement:**

☐ Accident  ☐ Arrest
☐ No Insurance
☐ Owner Request

Agency:

Impound Sheet #

Officer

| Radio | | e ⌒ f Fuel | HOLD: Release Date: ___ / ___ / ___ |
|---|---|---|---|
| Y ☐ N ☐ | | | Y ☐ N ☐ Per: |

Light Duty ☐    Medium Duty ☐    Heavy Duty ☐

| Extra Person/Supervisor | Work/Wait Time Unload | Mileage Finished | Time Dispatched AM/PM |
|---|---|---|---|
| Finish | Finish | Mileage Arrived | Time Arrived AM/PM |
| Start | Start | Mileage Dispatched | Time Loaded AM/PM |
| Total | Total | Total Miles | Time Completed AM/PM |

### Storage Fees

Released _____ : _____ A/P By

STORAGE FEE From: ___ / ___ / ___    To ___ / ___ / ___

Days in Storage at $ _____ . per day.

Impound ☐ Reg  ☐ Inv  Cover Brkn Glass ☐  Verify VIN# ☐

Date ___ / ___ / ___

Notification

Municipal Fee

Tax

| Storage & Fees Total | |
|---|---|

### Towing Fees

| Towing Fee / Service Call | 150 | 00 |
|---|---|---|
| Pay Out | | |
| Flatbed / Dollies | | |
| Mileage Fee  56  Mi @  5.00  per mile | 280 | 00 |
| ☐ Work Time Hrs @ ☐ Wait Time per hour | | |
| Supplies | | |
| Remove drive line | | |
| Fuel Adjustment | 60 | 00 |
| Total Towing Fees | 490 | 00 |
| Grand Total | | |

**Private Payment:**
I, the Undersigned, certify that I am legally authorized to take possession of the vehicle described above and have been advised of my Rights and the Precinct and Justice of the Peace from which the vehicle was towed. Your vehicle may be repossessed if for any reason funds for payment are returned, cancelled or rejected by paying institution.

Signature:

Questions or unresolved complaints about stored vehicles may be directed to: The Texas Department of Licensing & Regulation, POB 12157, Austin, Texas 78711 or 800-803-9202 or 512-463-6599 • Fax 512-539-5698, Internet: www.tdlr.texas.gov Email address: enforcement@tdlr.texas.gov

# COWBOY TOWING

2204 Raper Blvd.   Arlington, Tarrant County, Texas 76013   Fax: (817) 548-1542   www.cowboytowing.com   24 Hour Service

**TDLR No. 005279104C      (817) 461-4005      VSF No. 0531997VSF**

Bill To: **Rosen Sys.**                                      Date: **9-24-24**

Customer:                                                   Requested by:

Address:                          City/State:          Zip:          Phone:

| | | | |
|---|---|---|---|
| Year/Make: **13  ML** | Model: **Trailer Gooseneck** | Color: **Black** | License No.: |
| VIN: **1 M 9 G U 2 0 2 F 3 W 7 9 2 0 6 4** | | Mileage | ☐ CHARGE ACCT. ☐ CREDIT CARD ☐ CASH |
| RO No: | PO No: | Unit No. | Space No. |

Method Towed: ☐ Flatbed  ☐ Wheel Lift  ☐ Front  ☐ Rear   Keys: ☐ Y  ☐ N   Received by:

Pick Up Location: **2020 Ft Worth Hwy**                City: **West Lake Hill**  County:

Delivery Location: **Rosen**                           City: **Dallas**

Remarks/Special Equipment: _____

---

Tow Operator: **1203**                          TDLR License#:

Truck# **25**      Truck Lic#:

**Indicate Major Damaged Areas on Vehicle:**



**Reason for Non-Consent Tow Law Enforcement:**

☐ Accident   ☐ Arrest
☐ No Insurance
☐ Owner Request

Agency:

Impound Sheet #

Officer

| Radio | e ⌒ Fuel f | HOLD: Release Date: ___ / ___ / ___ |
|---|---|---|
| Y ☐  N ☐ | | Y ☐  N ☐  Per: |

Light Duty ☐      Medium Duty ☐      Heavy Duty ☐

| Extra Person/Supervisor | Work/Wait Time Unload | Mileage Finished | Time Dispatched AM/PM |
|---|---|---|---|
| Finish | Finish | Mileage Arrived | Time Arrived AM/PM |
| Start | Start | Mileage Dispatched | Time Loaded AM/PM |
| Total | Total | Total Miles | Time Completed AM/PM |

**Storage Fees**

Released _____ : _____ A/P By

STORAGE FEE From: ___ / ___ / ___  To ___ / ___ / ___

Days in Storage at $ _____ . ____ per day.

Impound ☐ Reg ☐ Inv  Cover/Brkn Glass ☐  Verify VIN# ☐

Date ___ / ___ / ___

Notification

Municipal Fee

Tax

| Storage & Fees Total | |
|---|---|

**Towing Fees**

| Towing Fee / Service Call | **150** | **00** |
|---|---|---|
| Pay Out | | |
| Flatbed / Dollies | | |
| Mileage Fee **56** Mi @ **5 00** per mile | **280** | **00** |
| ☐ Work Time Hrs @  ☐ Wait Time per hour | | |
| Supplies | | |
| Remove drive line | | |
| Fuel Adjustment | **60** | **00** |
| Total Towing Fees | | |
| **Grand Total** | **490** | **00** |

**Private Payment:**

I, the Undersigned, certify that I am legally authorized to take possession of the vehicle described above and have been advised of my Rights and the Precinct and Justice of the Peace from which the vehicle was towed. Your vehicle may be repossessed if for any reason funds for payment are returned, cancelled or rejected by paying institution.

Signature:

Questions or unresolved complaints about stored vehicles may be directed to: The Texas Department of Licensing & Regulation, POB 12157, Austin, Texas 78711 or 800-803-9202 or 512-463-6599 • Fax 512-539-5698, Internet: www.tdlr.texas.gov Email address: enforcement@tdlr.texas.gov

**2323 Langford LLC**
2323 Langford St
Dallas, TX  75208 USA
PAML@ROSENSYSTEMS.COM

# Invoice

| BILL TO |
| --- |
| ROSEN SYSTEMS |
| 2323 LANGFORD STREET |
| DALLAS, TX  75208 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
| --- | --- | --- | --- | --- | --- |
| 573 | 11/06/2024 | $600.00 | 12/01/2024 | Due on receipt | |

**P.O. NUMBER**
SANCHEZ CREEK HOLDING #24-43135

**SALES REP**
AUCT

| SERVICE | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- |
| **Sales** | SANCHEZ CREEK HOLDING #24-43135 STORAGE: 2013 FORD F550 VIN 1FDUF5GT3DEA34936 | 1 | 150.00 | 150.00 |
| **Sales** | STORAGE: 2017 FORD F550 VIN 1FDUF5GT7HEE48906 | 1 | 150.00 | 150.00 |
| **Sales** | STORAGE: 2014 FLATBED TRAILER VIN 1B9M2NGT0FB624250 | 1 | 150.00 | 150.00 |
| **Sales** | STORAGE: TELEHANDLER, LOED MDL 542 S/N 10056 | 1 | 150.00 | 150.00 |

Thank you!                                    BALANCE DUE                    **$600.00**





# INVOICE

**S&S Smart Logistic Co**

**Date:** October 10, 2024
**Invoice #:** 202
**Customer ID:** Rosen

To: **Michael**
**Rosen Systems**
**2323 Langford St**
**Dallas, TX 75208**

Ship to: **Michael**
**Rosen Systems**
**2323 Langford St**
**Dallas, TX 75208**

| Salesperson | Job | Shipping Method | PO | Delivery Date | Payment Terms | Due Date |
|---|---|---|---|---|---|---|
| Chris | Service | Pedro/008 | | 9/23/24 | Due Upon Receipt | 10/21/24 |

| Qty | Item # | Description | Truck Number | Unit Price | Discount | Line Total |
|---|---|---|---|---|---|---|
| 1 | Run | Transported one telehandler from Weatherford, TX to Dallas, TX. | | 750 | | $750 |
| | | **ACH: Wells Fargo** | | | | |
| | | **105 US-82, Nocona, TX 76255** | | | | |
| | | **Routing # 111900659** | | | | |
| | | **Acc #: 7388160132** | | | | |

| | | |
|---|---|---|
| Total Discount | | |
| Subtotal | $750.00 |
| Sales Tax | |
| Total | $750.00 |

Thank you for your business!

Make all checks payable to: S&S Smart Logistic Co

3496 Upper Montague RD, Bowie, TX 76230, SSTransport002@gmail.com



## ROSEN SYSTEMS, INC. - EXPENSE VOUCHER

| 9/19/2024 | SANCHEZ CREEK & HORSEMAN | FORT WORTH, TX |
|---|---|---|

### CASH EXPENSES TO BE REIMBURSED

| | | | |
|---|---|---|---|
| AIRFARE-luggage | | $ | |
| HOTEL | | $ | |
| MEALS | 0  $35.00  per day | $ | - |
| CAR RENTAL-fuel | | $ | |
| PARKING | | $ | |
| TOLLS | | $ | |
| TELEPHONE | | $ | |
| SUPPLIES | | $ | |
| MILEAGE | 60  MILES @  0.67  PER MILE | $ | 40.20 |

Round Trip 300 Throckmorton #520, Fort Worth, TX and back to Dallas, TX

### MEALS FOR WORKERS

| | | |
|---|---|---|
| CONTRACT LABOR | $ | |
| GASOLINE | $ | |

| | | |
|---|---|---|
| TOTAL CASH EXPENSES | $ | 40.20 |
| LESS ADVANCE CHECK/C CK # | $ | |
| **BALANCE DUE:** | $ | 40.20 |

| ROSEN SYSTEMS CREDIT CARD EXPENSES | | Date & Hours Wrk |
|---|---|---|
| AIRFARE | $ | |
| PARKING | $ | |
| GASOLINE | $ | |
| CAR RENTAL | $ | |
| HOTEL | $ | |
| MILEAGE   0  MILES @  0.67  PER MILE | $  - | $300.00/ per day |

- 

BY:   PAM LADD                           NUMBER OF DAYS ON JOB:

